Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Defendants*
*(Additional counsel listed on signature page)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br> *Plaintiff*, <br> v. <br> TEVA PHARMACEUTICALS INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., TEVA NEUROSCIENCE, INC., and TEVA SALES & MARKETING, INC., <br> *Defendants*. | Civil Action No. 2:21-cv-13087 (JXN/JSA) <br> Return Date: December 20, 2021 <br><br> **Oral Argument Requested** <br><br> *Electronically Filed* |

### NOTICE OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

PLEASE TAKE NOTICE that on December 20, 2021, or as soon thereafter as counsel may be heard, Defendants Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Defendants") by and through their attorneys, will move before the Honorable Julien Xavier Neals, U.S.D.J., at the United States District Court for

the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order striking paragraphs 92-100 from the Complaint pursuant to Fed. R. Civ. P. 12(f) and dismissing Plaintiff's Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of these motions, Defendants will rely upon their Brief in Support of Motion to Dismiss and Motion to Strike, any reply papers, and any oral argument. A proposed Order is also included for the Court's consideration.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7.1(b)(4) and 78.1(b), Defendants respectfully request that the Court hold oral argument on this motion.

Respectfully submitted,

Dated: November 19, 2021

s/ Liza M. Walsh
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
cgannon@walsh.law

jformichella@walsh.law

Christopher T. Holding *(pro hac vice)*
Daryl L. Wiesen *(pro hac vice)*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
cholding@goodwinlaw.com
dwiesen@goodwinlaw.com

Brian T. Burgess *(pro hac vice)*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
bburgess@goodwinlaw.com

*Attorneys for Defendants*