## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MYLAN PHARMACEUTICALS INC.,

*Plaintiff,*

v.

TEVA PHARMACEUTICALS
INDUSTRIES LTD., TEVA
PHARMACEUTICALS USA, INC.,
TEVA NEUROSCIENCE, INC., and
TEVA SALES & MARKETING, INC.,

*Defendants.*

Civil Action No. **2:21-cv-13087
(JXN/JSA)**

**[PROPOSED] ORDER GRANTING
MOTION TO DISMISS AND MOTION
TO STRIKE**

*Electronically Filed*

This matter having come before the Court upon the Motion of Defendants Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Defendants") pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, and the Court having considered all papers filed in support of and in opposition to Defendants' motions, and having heard oral argument, if any; and for good cause having been shown;

**It is this _____ day of _____, 2021**

**ORDERED** that paragraphs 92-100 of the Complaint are **STRICKEN** pursuant to Fed. R. Civ. P. 12(f); and

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**SO ORDERED.**

_____

HON. JULIEN XAVIER NEALS
U.S.D.J.