

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

February 23, 2023

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd., et al.*,
    <u>Civil Action No. 2:21-13087 (JXN) (JSA)</u>

Dear Judge Allen:

  Mylan Pharmaceuticals Inc. ("Plaintiff"), and Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing ("Defendants" or "Teva") collectively ("the Parties"), submit this joint status letter in accordance with the Court's February 14, 2023 Order. ECF No. 109.

**Phase 1 Productions Completed**

  Since the filing of the Parties' January 9, 2023 joint status letter, Mylan produced the two additional documents on January 27, 2023 that were requested by Teva, thus concluding Phase 1 discovery.

  If Your Honor desires, the Parties will be available to address these issues at Your Honor's convenience.

            Respectfully submitted,

            /s Arnold B. Calmann

            Arnold B. Calmann

cc: Counsel of Record (by ECF & email)