

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 26, 2023

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd., et al.*, Civil Action No. 2:21-cv-13087 (JXN-JSA)

          *In re Copaxone Antitrust Litigation*, Civil Action No. 2:22-cv-1232 (JXN-JSA)

Dear Judge Allen:

      This firm, along with Goodwin Procter LLP, represents Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Teva") in the above-referenced matters.

      We write on behalf of Teva to respectfully request an adjournment and rescheduling of the status conference currently set for June 28, 2023 at 9:30 a.m. because of the unavailability of Teva's lead counsel due to an ongoing trial out of state.  Teva contacted Plaintiffs' counsel to seek consent and to confer on proposed alternative dates.  The Class Plaintiffs have consented to adjournment and Mylan has objected only to the extent the parties are unable to reschedule the hearing before July 21.  The Court provided alternative dates of June 30, July 3 and July 10.  Unfortunately, not all of the parties are available on the dates proposed by the Court.  Teva respectfully requests that the Court grant Teva's request to adjourn the hearing and allow the parties to confer and submit alternative dates to reschedule in a subsequent letter.

      We thank the Court for its consideration of this submission and ongoing attention to these matters and are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                 Respectfully submitted,

                                 *s/Liza M. Walsh*

                                 Liza M. Walsh

cc: Counsel of Record (via ECF and Email)

Hon. Jessica S. Allen, U.S.M.J.
June 26, 2023
Page 2

IT IS SO ORDERED that the June 28, 2023 status conference is adjourned, and rescheduled for July ___, 2023, at _____ a.m./p.m.

_____
Hon. Jessica S. Allen, U.S.M.J.

ACTIVE/123781438