

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

June 26, 2023

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd., et al.*,
             Civil Action No. 2:21-13087 (JXN) (JSA)

           *In re Copaxone Antitrust Litig.*,
             Civil Action No. 2:22-cv-1232 (JXN-JSA)

Dear Judge Allen:

    We, along with our co-counsel Wilson Sonsini Goodrich & Rosati, represent Plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in the first-listed matter. We submit this letter in connection with the Court's Order scheduling a Status Conference for June 28, 2023 (ECF No. 114), and Teva's recent letter to Your Honor (ECF No. 115).

    To assist with Your Honor's scheduling of the upcoming Status Conference, we would like to apprise the court of Mylan's upcoming availability. Counsel for Mylan remains available to attend the Status Conference as currently scheduled on June 28, and likewise virtually every day in July, including the following: July 3, July 5 – 7, July 10, July 12 – 14, July 18, and July 24 – 27. We have conferred with counsel for the other parties, and they have provided the following availability. Counsel for Defendants are available on July 17 – July 20, July 24, and July 27 – 28. Additionally, counsel for the Third-Party Plaintiffs are available on July 18, and July 24 – 27.

                                                    Respectfully submitted,

                                                    /s Arnold B. Calmann

                                                    Arnold B. Calmann

cc:    Counsel of Record (by ECF)

**Saiber LLC** • One Gateway Center, Suite 950 • Newark, New Jersey 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park  •  Newark  •  New York  •  Philadelphia