

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

July 5, 2023

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd., et al.*,
            **Civil Action No. 2:21-13087 (JXN) (JSA)**

           *In re Copaxone Antitrust Litig.*,
            **Civil Action No. 2:22-1232 (JXN-JSA)**

Dear Judge Allen:

      We, along with our co-counsel Wilson Sonsini Goodrich & Rosati, represent Plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in Civil Action No. 21-13087. Pursuant to Your Honor's June 26, 2023 Order (ECF No. 118 in Civil Action No. 21-13087; ECF No. 99 in Civil Action No. 22-1232), we submit this joint letter on behalf of all parties to provide alternative dates on which they are available for the Court's upcoming status conference, which was originally scheduled for June 28, 2023.

      All parties are available on July 18 and 24, and August 14, 15, and 22. Given the passage of time since the last status conference on November 4, 2022 (ECF No. 101), Mylan would strongly prefer for this conference to be held in July.

      We thank the Court for its assistance in this matter.

                                                                 Respectfully submitted,

                                                                 Arnold B. Calmann

cc:    Counsel of Record (by ECF)

**Saiber LLC** • One Gateway Center, Suite 950 • Newark, New Jersey 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park   •   Newark   •   New York   •   Philadelphia