

**Jakob B. Halpern**
**(973) 622-8394**
**jhalpern@saiber.com**

December 4, 2023

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd., et al.*,
             **Civil Action No. 2:21-13087 (JXN) (JSA)**

Dear Judge Allen:

    We, along with our co-counsel Wilson Sonsini Goodrich & Rosati, represent Plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in this matter. The parties in this action and its related matter – *In re Copaxone Antitrust Litig.*, Civil Action No. 22-1232 (JXN) (JSA) – have met and conferred and agreed to a procedure by which to raise discovery issues with the court-appointed Special Master, the Hon. Faith S. Hochberg (ret.).

    We have enclosed the stipulation signed by the parties and proposed form of Order for the Court's convenience. If the enclosed is acceptable to the Court, we respectfully request that Your Honor kindly sign the Order and file same with the Clerk of Court.

    We thank the Court for its consideration and assistance.

                                        Respectfully submitted,

                                        /s Jakob B. Halpern

                                        Jakob B. Halpern

/jbh
Enclosure

cc:    Counsel of record (w/encl., by ECF)