UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COPAXONE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Civil Action No. 2:22-cv-01232 (JXN) (JSA) |
| MYLAN PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LTD., *et al.*,<br><br>Defendants. | Civil Action No. 2:22-cv-13087 (JXN) (JSA) |

**STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURE FOR RESOLUTION OF DISCOVERY DISPUTES BEFORE THE SPECIAL MASTER**

WHEREAS, by Order dated August 21, 2023, the Court appointed former United States District Judge Faith S. Hochberg as the Special Master in the above-captioned actions (ECF No. 109 ¶ 1; ECF No. 128 ¶ 1);

WHEREAS, the Special Master is authorized, *inter alia*, to "oversee the schedule for completion of discovery and all discovery disputes, and motions related thereto, pursuant to procedures for practice that the special master may establish" (*id.* ¶ 2); and

WHEREAS, it is in the interest of all parties to streamline the discovery process and to facilitate the efficient and expeditious resolution of discovery disputes;

IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to approval of the Court, that the following procedure shall govern the submission and resolution of

discovery disputes:

1. Any party or non-party wishing to bring a discovery dispute before the Special Master shall, pursuant to Local Civil Rule 37.1, first meet and confer with the opposing party or non-party in a good faith effort to resolve the dispute without the intervention of the Special Master.

2. If meet and confer efforts fail to resolve the discovery dispute, the moving party or non-party shall file via ECF a letter brief, not to exceed three single-spaced pages, with text, including footnotes, no smaller than twelve point, setting forth in a plain and concise manner the nature of the dispute, the date(s) and outcome(s) of meet and confers to resolve the dispute, the movant's position and the legal support for that position, and the relief sought. The parties shall make efforts to minimize the submission of voluminous supporting attachments or exhibits.

3. Responsive letter briefs, not to exceed three single-spaced pages, shall be filed via ECF within five business days of the filing of the opening letter brief.

4. The movant shall file a reply letter brief, not to exceed two single-spaced pages, within three business day of the filing of the responsive letter brief(s).

5. After filing the reply letter brief, the moving party shall send file-stamped electronic copies of the opening, responsive, and reply briefs and supporting materials to the Special Master via email (judgehochberg@judgehochberg.com), with copies to Victoria Coyle (victoriacoyle@victoriacoyle.com), Daniela Thomas (daniela@judgehochberg.com), all counsel of record, and, where applicable, non-parties. Upon request by the Special Master, the moving party shall also provide hard copies of the briefs and supporting materials.

6. Discovery disputes may be ruled upon without oral argument or heard by video

conference at the Special Master's discretion.

7. To the extent oral argument for such discovery disputes is scheduled, the movant shall provide a video conferencing link and organize a court reporter to be present. The costs associated with the motion, including fees by the Special Master and the court reporter, shall be split according to the order of the Special Master dated November 22, 2023 (40% to Teva, 30% to Mylan, and 30% to the class plaintiffs).

8. If a dispute arises during the course of a deposition, any party or non-party may contact the Special Master during or immediately after the deposition in order to seek her immediate intervention and resolution of the dispute. It is anticipated that such disputes will be resolved by oral ruling unless the Special Master directs otherwise.

9. The Special Master shall enter an order setting forth her ruling on any discovery dispute, explaining the reasons for it in sufficient detail to enable the Court to evaluate and review the ruling. This order may be delivered orally on the record before a court reporter. Upon entry, the Special Master shall promptly submit a copy to the Clerk for entry on the docket and serve it by email on all counsel of record (and, if applicable, non-parties).

Dated: December 4, 2023                     Respectfully submitted,

/s/ Liza M. Walsh                           /s/ James E. Cecchi
Liza M. Walsh                               James E. Cecchi
Christine I. Gannon                         Kevin G. Cooper
Jessica K. Formichella                      CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
WALSH PIZZI O'REILLY FALANGA LLP            AGNELLO, PC
Three Gateway Center                        5 Becker Farm Road
100 Mulberry Street, 15th Floor             Roseland, NJ 07068
Newark, NJ 07102                            Telephone: (973) 994-1700
(973) 757-1100                              jcecchi@carellabyrne.com

lwalsh@walsh.law
cgannon@walsh.law
jformichella@walsh.law

Christopher T. Holding (*pro hac vice*)
Daryl L. Wiesen (*pro hac vice*)
Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
cholding@goodwinlaw.com
dwiesen@goodwinlaw.com
arubio-spring@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
Katherine Cheng (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
bburgess@goodwinlaw.com
katherinecheng@goodwinlaw.com

*Attorneys for Defendants Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc.*

kcooper@carellabyrne.com

*Interim Liaison Counsel for Proposed Direct Purchaser Class*

Thomas M. Sobol (*pro hac vice*)
Whitney Street *(pro hac vice)*
Hannah W. Brennan (*pro hac vice*)
Rachel A. Downey (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
whitneyst@hbsslaw.com
hannahb@hbsslaw.com
racheld@hbsslaw.com

*Interim Lead Counsel for Proposed Direct Purchaser Class*

Joseph M. Vanek (*pro hac vice*)
David P. Germaine (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
jvanek@sperling-law.com
dgermaine@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Counsel for Meijer, Inc. and Meijer Distribution, Inc. and Member of the Direct Purchaser Executive Committee*

Michael L. Roberts
ROBERTS LAW FIRM US, PC
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc., d/b/a Kinney Drugs, Inc. and Member of the Direct Purchaser Executive Committee*

John Radice
RADICE LAW FIRM
475 Wall Street
Princeton, NJ 08540
Telephone (646) 245-8502
jradice@radicelawfirm.com

*Counsel for FWK Holdings, LLC and Member of the Direct Purchaser Executive Committee*

Linda P Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY, 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

*Counsel for KPH Healthcare Services, Inc., d/b/a Kinney Drugs, Inc. and Member of the Direct Purchaser Executive Committee*

Joseph H. Meltzer
Terence S. Ziegler
Lisa Lamb Port
Jordan E. Jacobson
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
llambport@ktmc.com
jjacobson@ktmc.com

*Counsel for FWK Holdings, LLC and Member of the Direct Purchaser Executive Committee*

/s/ Christopher A. Seeger
Christopher A. Seeger

5

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
cseeger@seegerweiss.com
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Liaison Counsel for the Proposed Third-Party Payor Class*

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William St., Suite 1900A
New York, NY 10038
Telephone: 212-931-0704
atamoshunas@tcllaw.com

Kenneth A. Wexler
Justin N. Boley
Tyler Story
WEXLER BOLEY ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

*Co-Lead Counsel for the Proposed Third-Party Payor Class*

/s/ Arnold B. Calmann
Arnold B. Calmann
Jakob B. Halpern

Catherine Soliman
SAIBER LLC
One Gateway Center, Suite 950
Newark, NJ 07102
Telephone: (973) 622-3333

Stuart A. Williams
Michael S. Sommer
Eli B. Richlin
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10025
Telephone: (212) 999-5800

Seth C. Silber
Kenneth R. O'Rourke
Rachel G. Gray
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K. Street NW, 5th Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Plaintiff Mylan Pharmaceuticals Inc.*

SO ORDERED

Date: _____

_____
Hon. Jessica S. Allen, U.S.M.J.