## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MYLAN PHARMACEUTICALS INC.,

     Plaintiff, v.

TEVA PHARMACEUTICALS
INDUSTRIES LTD, TEVA
PHARMACEUTICALS USA, INC., TEVA
NEUROSCIENCE, INC., AND TEVA
SALES & MARKETING, INC.,

     Defendants.

Civil Action No. 21-13087 (JXN) (JSA)

In re: COPAXONE ANTITRUST
LITIGATION

This documents relates to: All Actions

Master Docket No. 22-1232 (JXN) (JSA)

**(Coordinated for Discovery Purposes Only)**

**ORDER**

     **THIS MATTER** having come before the Court by way of the parties' joint status letter filed on November 18, 2024, wherein the parties set forth their scheduling disputes in *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd.*, Civ. No. 21-13087 (JXN) (JSA) ("*Mylan* Action"), (ECF No. 154), and in *In re: Copaxone Antitrust Lit.*, Civ. No. 22-1232 (JXN) (JSA) ("*In re Copaxone* Matter"), (ECF No. 122);

     and it appearing that the court-appointed Special Master, the Honorable Faith S. Hochberg U.S.D.J. (Ret.), issued a Report and Recommendation dated November 25, 2024, in which Judge Hochberg recommended a specific case schedule, (*see* Report and Recommendation, at 5–6);

     and it appearing that neither Defendants nor Plaintiffs have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hochberg's Report and Recommendation;

**IT IS on this 19th day of December, 2024,**

**ORDERED** that Judge Hochberg's Report and Recommendation dated November 25, 2024, is **ADOPTED**.

**/s/ Jessica S. Allen**
**HON. JESSICA S. ALLEN**
**United States Magistrate Judge**

cc:    Hon. Julien Xavier Neals, U.S.D.J.