**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MYLAN PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES, LTD, *et al.*, <br><br> Defendants. | Civil Action No. 21-13087 (JXN)(JSA) <br><br> **ORDER** |

**NEALS**, District Judge

Before the Court is Special Master Faith S. Hochberg's ("Special Master") Report and Recommendation ("R&R") (ECF No. 159) recommending that the Court partially grant Defendant Teva Pharmaceuticals Industries, Ltd.'s ("Teva") motion to dismiss Mylan Pharmaceuticals, Inc.'s ("Mylan") Complaint. Mylan objected to portions of the R&R (ECF No. 163), and Teva replied (ECF No. 169). The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this **13th** day of April 2026

**ORDERED** that the R&R (ECF No. 159) is **ADOPTED**.

JULIEN XAVIER NEALS
United States District Judge